1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  4445 E. Holmes Avenue
   Suite 107
3  Mesa, Arizona 85206-3398
   Office:  (480) 756-8822
4  Fax: (480) 302-4186
   floyd@bybeelaw.com
5
   Attorney for Plaintiff
6

7

8                  **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF ARIZONA**

10 ┌─────────────────────────────┐
                                 )
11 **Sheryl A. Quenzer**,        )    No.  CV 08-1453-PHX-DGC
                                 )
12                               )
                                 )
13      Plaintiffs,              )
                                 )
14 v.                            )    **STIPULATION OF DISMISSAL OF**
                                 )    **UNIFUND CCR PARTNERS, GP**
15 **Unifund CCR Partners, GP;** )       **ONLY WITH PREJUDICE**
   and **Trans Union LLC;**      )
16                               )
                                 )
17      Defendants.              )
                                 )
18 └─────────────────────────────┘

19      Plaintiff and Defendant Unifund CCR Partners, GP, by and

20 through counsel, hereby stipulate to dismissal of this action

21 as to Unifund CCR Partners, GP only with prejudice, each

22 party to bear its own fees and costs.

23 / / /

24 / / /

25

DATED  February 17, 2009  .

| s/ Floyd W. Bybee | s/ Cynthia L. Fulton |
|---|---|
| Floyd W. Bybee, #012651 | Cynthia L. Fulton, #012480 |
| **BYBEE LAW CENTER, PLC** | **FULTON FRIEDMAN & GULLACE LLP** |
| 4445 E. Holmes Avenue | 130 North Central Ave. |
| Suite 107 | Suite 200 |
| Mesa, Arizona 85206-3398 | Phoenix, AZ 85004 |
| Office: (480) 756-8822 | (866) 563-0809 |
| Fax: (480) 302-4186 | |
| floyd@bybeelaw.com | Attorney for Defendant Unifund CCR Partners, G.P. |
| Attorney for Plaintiff | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on  February 17, 2009, a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Tiffany Hawkins**
    Attorney for Defendant Trans Union LLC

**Timothy Grimm**
    Attorney for Defendant Trans Union LLC

by   s/ Floyd W. Bybee